**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1878**

MARCELO BLADIMIR SOL-FLORES,

              Petitioner,

       v.

ERIC H. HOLDER, JR., U. S. Attorney General,

              Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  March 18, 2014          Decided:  March 27, 2014

Before NIEMEYER, MOTZ, and THACKER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Amanda Bethea Keaveny, THE LAW OFFICE OF AMANDA BETHEA KEAVENY, Charleston, South Carolina, for Petitioner.  Stuart F. Delery, Assistant Attorney General, Cindy Ferrier, Assistant Director, Tracie N. Jones, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcelo Bladimir Sol-Flores, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals ("Board") dismissing his appeal from the immigration judge's denial of his requests for asylum, withholding of removal, and protection under the Convention Against Torture.[*] We have thoroughly reviewed the record, including the transcript of Sol-Flores' merits hearing and all supporting evidence. We conclude that the record evidence does not compel a ruling contrary to any of the administrative factual findings, see 8 U.S.C. § 1252(b)(4)(B) (2012), and that substantial evidence supports the Board's decision. See INS v. Elias-Zacarias, 502 U.S. 478, 481 (1992).

Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Sol-Flores (B.I.A. June 13, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

---

[*] Sol-Flores has failed to raise any challenges to the denial of his request for protection under the Convention Against Torture. He has therefore waived appellate review of this claim. See Ngarurih v. Ashcroft, 371 F.3d 182, 189 n.7 (4th Cir. 2004).